TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN












TEXAS
COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

 

 




 
 
 NO.  03-12-00495-CV
 
 




 

 

W. C. and L. H., Appellant

 

v.

 

Texas Department of Family and Protective Services,
Appellee

 

 

 




 
 
 FROM THE 126th
 District Court OF Travis COUNTY,
 
 NO. D-1-FM-11-000261,
 The Honorable Suzanne Covington, JUDGE PRESIDING
 
 




 


 
 
                                                                 O
 R D E R
 PER CURIAM
 Appellants W.C. and L.H. filed their notices of appeal on July 19, 2012, and June 29, 2012,
 respectively.  The appellants’ briefing
 was completed on October 11, 2012,
 making appellee’s brief due October
 31, 2012.  On October 31
 counsel for appellee filed a motion for extension of time to file the appellee’s brief.  
 Recent amendments to the rules of judicial administration
 accelerate the final disposition of appeals from suits for termination
 of parental rights.  See Tex. R. Jud. Admin. 6.2(a), available at http://www.supreme.courts.state.tx.us/MiscDocket/12/12903200.pdf
 (providing 180 days for court’s final disposition).  The accelerated schedule constrains this
 Court’s leeway in granting extensions. 
 In this instance, we will grant in part the motion and order counsel
 to file appellee’s brief no later than November 19, 2012.  If the
 brief is not filed by that date, counsel may be required to show cause why she should
 not be held in contempt of court.
 It is
 so ordered on November 2, 2012.
  
 Before Chief
 Justice Jones, Justices Rose and
 Goodwin